AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

2017 JAN -5 P 4: 26

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hollis Bullard | ) | Case No. |
| | ) | Mag No. 17-02 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 4, 2017  in the county of  Jefferson  in the
Northern  District of  Alabama  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 471 | Counterfeiting and Forging Obligations or Securities of the United States |
| 18 U.S.C. Section 473 | Dealing in Counterfeit Obligations or Securities |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

MICHAEL CLAY THRASHER — AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date:  1-5-2017

_____
Judge's signature

John E. Ott  U.S. Magistrate Judge
Printed name and title

City and state:  Birmingham, Alabama

## Affidavit in Support of a Criminal Complaint

I, Michael Clay Thrasher, being duly sworn, hereby depose and say:

1. I have been a Special Agent with the United States Secret Service since December 1, 2014. I graduated the Special Agent Training Course held by the U.S. Secret Service at Beltsville, Maryland and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. During the Criminal Investigator Training Program, I was awarded the academic award for the highest test average throughout the course. I have received additional law enforcement training at the Clayton County, Georgia Police Academy, where I received certification as a law enforcement officer from the Georgia Peace Officer's Standards and Training Commission. Prior to becoming a Special Agent with the U.S. Secret Service, I was a police officer and criminal investigator with the Clayton County, Georgia Police Department for eleven years and eleven months, where I retired at the rank of Lieutenant. During my time as a police officer, I led, supervised, and participated in thousands of investigations, to include crimes involving counterfeit currency, theft, financial institution fraud, financial identity fraud, access device fraud, computer fraud, false identifications, and forged instruments. During these investigations, I wrote, executed, and supervised hundreds of arrest and search warrants on persons, vehicles, buildings, computers, phones, financial records, and bank records. In connection with my duties as a criminal investigator with the U.S. Secret Service, I have received

specialized training and experience in the investigation of counterfeit currency and the manufacturing of counterfeit currency. I am also a graduate of the University of Georgia, where I earned a Bachelor of Arts degree in Criminal Justice.

2. The information in this affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and individuals, and having read the reports and memoranda of other law enforcement officers. The information in this affidavit is provided for the limited purpose of establishing probable cause in connection with the criminal complaint charging Hollis Nikia Bullard with the crimes of Title 18, United States Code § 471, Manufacturing Counterfeited Obligations and Title 18, United States Code § 473, Dealing in Counterfeited Obligations. The information provided is not a complete statement of all the facts related to this case.

3. Based on my training and experience as set forth above, I am aware that anyone who knowingly and with intent to defraud, falsely makes, forges, counterfeits, or alters any obligation or other security of the United States is in violation of Title 18, United States Code § 471. Also, anyone who buys, sells, exchanges, or transfers any false, forged, counterfeited, or altered obligations or other security of the United States is in violation of Title 18, United States Code § 473.

4. Between the dates of January 1, 2017 and January 4, 2017, I spoke with United States Secret Service Confidential Informant #17-00761 (CI17-00761).

CI17-00761 advised that he/she knew a person named Hollis Bullard, who made and sold counterfeit United States Currency in the Birmingham, Alabama area. CI17-00761 advised that Hollis Bullard currently resides in "Woodside Apartments," located on Center Point Parkway Birmingham, Alabama 35215. CI17-00761 stated that Hollis Bullard makes the counterfeit United States Federal Reserve Notes inside the apartment at that location. Between the dates of January 1, 2017 and January 4, 2017 CI17-00761 made a recorded phone call to phone #205-581-6426, which CI17-00761 advised belonged to Hollis Bullard. During that phone call, Hollis Bullard stated that he made counterfeit Federal Reserve Notes within the past few days.

5. Between the dates of January 1, 2017 and January 4, 2017, a separate confidential source made contact with me. That confidential source said that he/she knew that Hollis Bullard makes counterfeit United States Federal Reserve Notes in an apartment, located at 51 Shadowood Circle, Apartment #C, Birmingham, Alabama 35215, inside "Woodside" Apartment Complex. The confidential source stated he/she would be willing to record Hollis Bullard giving the confidential source counterfeit United States Federal Reserve notes, inside 51 Shadowood Circle, Apartment #C, Birmingham, Alabama 35215. Between the dates of January 1, 2017 and January 4, 2017, I gave the confidential source a hidden recording device for the purpose of recording Hollis Bullard distributing counterfeit United States Federal Reserve Notes to the confidential source. I then

searched the confidential source and the vehicle that the confidential source was traveling in for contraband. No contraband, to include counterfeit United States Federal Reserve Notes, was found on the confidential source or in his/her vehicle. Birmingham Police Officer Beshears then followed the confidential source to 51 Shadowood Circle, Apartment #C, Birmingham, Alabama 35215. Officer Beshears observed the confidential source enter the front door of 51 Shadowood Circle, Apartment #C, Birmingham, Alabama 35215. A short time later, the confidential source exited 51 Shadowood Circle, Apartment #C, Birmingham, Alabama 35215. The confidential source was then followed by Officer Beshears back to my location. The confidential source then provided me with multiple counterfeit United States Federal Reserve Notes, all with serial #LF03262077J. The confidential source provided me with the recording device, which I reviewed. On the video from the recording device, I observed a person, who matches the physical description of Hollis Bullard, handling and making counterfeit United States Federal Reserve Notes. On video, Hollis Bullard is seen trimming counterfeit United States Federal Reserve Notes with scissors. On video, the person, believed to be Hollis Bullard, handed the confidential source multiple counterfeit United States Federal Reserve Notes, while they were both inside 51 Shadowood Circle, Apartment #C, Birmingham, Alabama 35215. I later conducted a microscopic examination on the notes and confirmed that they were counterfeit.

6. On January 4, 2017, I spoke to Alabama Probation Officer Jeff Lee, who stated that Hollis Bullard is currently on probation for Burglary – Third Degree, which is a crime that is punishable by more than one year in prison, for which he was convicted on December 9, 2014, in Jefferson County, Alabama. Probation Officer Lee further advised that Hollis Bullard currently resides at 51 Shadowood Circle, Apartment #C, Birmingham, Alabama 35215.

7. On January 4, 2017, Detective Jordan Fowler, of the Vestavia Hills, Alabama Police Department, using the probable cause stated above, obtained a state Search warrant for 51 Shadowood Circle, Apartment #C, Birmingham, Alabama 35215.

8. Also, on January 4, 2017, Detective Jordan Fowler and I, assisted by several other local and federal law enforcement officers, executed the search warrant at 51 Shadowood Circle, Apartment #C, Birmingham, Alabama 35215. Hollis Bullard was found standing in the kitchen and adjoining dining room area. In that same area, within Hollis Bullard's arm's reach, we located dozens of counterfeit $100 Federal Reserve Notes and two handguns. Some of the counterfeit $100 Federal Reserve Notes were completed copies, but most of them were full printed versions, on resume paper, and were in the process of being cut out. We also found a Canon color printer/scanner in a closet of the apartment.

9. Lastly, on January 4, 2017, I read Hollis Bullard his Miranda Rights. He signed a Miranda Rights waiver form and agreed to speak with me. During an interview with Bullard, he admitted that he lives at 51 Shadowood Circle,

Apartment #C, Birmingham, Alabama 35215. He admitted that his phone number is 205-581-6426, which was the same number previously called by CI17-00761. Bullard confessed that all the counterfeit Federal Reserve Notes found inside 51 Shadowood Circle, Apartment #C, Birmingham, Alabama 35215, belonged to him. Bullard also confessed to having made all the same counterfeit Federal Reserve Notes, using the Canon printer/scanner that was found inside the closet of the address. Bullard explained how he made the counterfeit Federal Reserve Notes, which was consistent with the evidence found in his residence. Further, Bullard confessed that he distributed over $10,000 in counterfeit Federal Reserve Notes, to two individuals, within the past two weeks. Hollis Bullard also confessed that one of the handguns found inside his residence belonged to him.

10. Between the dates of January 1, 2017 and January 4, 2017, CI17-00761 met with Hollis Bullard, in the Northern District of Alabama, and obtained dozens of counterfeit United States Federal Reserve Notes. CI17-00761 was searched prior to his/her meeting with Hollis Bullard and was found to have no counterfeit Federal Reserve Notes in his/her possession. I examined those counterfeit Federal Reserve Notes, which were obtained from Hollis Bullard, and confirmed that they were counterfeit.

11. The total amount of counterfeit United States Federal Reserve Notes found in Hollis Bullard's residence, given to the confidential source by Bullard, and also distributed to CI17-00761 by Bullard, was in excess of $15,000.

12. Based on the facts and information presented above, the attached criminal complaint should be sufficient for obtaining federal arrest warrants for Hollis Bullard.

Sworn to and subscribed before me on the __5th__ day of __January__, 2017.

_____
Signature of Judge/Magistrate Judge
U.S. District Court

_____
Michael C. Thrasher
Special Agent
United States Secret Service